ACCEPTED
05-15-01362-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 11:34:18 AM
LISA MATZ
CLERK

# No. 05-15-01362-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 11:34:18 AM
LISA MATZ
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS AT DALLAS

## FOR THE 401ST District Court of Collin County, Texas

| Diana Fay Bass | v. | Richard Hill Bass |
|---|---|---|
| Appellant | | Appellee |

Party Filing Motion-Diana Fay Bass (972) 213-6095

Pro Se Litigant, db424fzfz@live.com

P.O. Box 432, McKinney, Texas   75070

Appellee-   Richard H. Bass

Attorney for Hannah Stroud (972) 562-9400

hstroud@philipsandandepperson.com

2301 Virginia Parkway,  McKinney,Texas

75071

Dated _____12/20/2015_____

# MOTION TO RECUSE JUDGE

Appellant request a motion to recuse Honorable Judge, Mark Rusch, of Collin County. TRAP 16, Tex. Cont. art. 5 11, art. 41.

Purpose to disqualify or recuse asks a judge at the 401st District Court level, to remove himself from hearing the case.

Disqualifying interest, The Texas Constitution disqualifies a judge from hearing a case in which a judge may "be interested", Tex. Const. art. 5 #11, and Govt. Code 572.051 (prohibits judge from engaging in activities that might influence or impair judgement, or create a conflict of interest.

Grounds for recusal under TRCP 18(b), impartiality might be questioned, TRCP 18(b)(1). Judge biased against pro se litigant and disabled due to justified physical disability, TRCP (18)(b)(2), possible.

Respectfully submitted,

*Diane Fay Bass*

Appellant, Diana Fay Bass

Dated 12/20/2015

# CERTIFICATE OF SERVICE

EFILED  12/20/2015

## WITH FIFTH COURT OF APPEALS

DATED  12/20/2015

SIGNED  Diana Fay Bass

APPELLANT DIANA FAY BASS

## No. 05-15-01362-CV

## IN THE COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS AT DALLAS

FOR THE 401ST District Court of Collin County, Texas

| Diana  Fay  Bass | v. | Richard Hill Bass |
|---|---|---|
| Appellant | | Appellee |

Party Filing Motion-Diana Fay Bass (972) 213-6095

Pro Se Litigant, db424fzfz@live.com

P.O. Box 432, McKinney, Texas   75070

Appellee-    Richard H. Bass

Attorney for Hannah Stroud (972) 562-9400

hstroud@philipsandandepperson.com

2301 Virginia Parkway,  McKinney,Texas

75071

Dated    12/20/2015

## APPELLANT'S, DIANA FAY BASS REQUEST FOR SUPPLEMENTATION OF CLERK'S RECORD

To: Clerk of the Fifth Court of Appeals , Collin County, Texas

From:  Diana Fay Bass (pro se litigant), Appellant

Re:  Appellant's request for supplementation of court record for all documents signed by Appellee, Richard H. Bass, in the Cause No. 05-15-01362-CV.  This will include any and all documents, including closing papers, past and to date contracts, release of contracts, release of trust papers, sale contracts, extension of sales contract, HUD statements for all properties sold using Power of Attorney for Diana Fay Bass for thirty days, starting November 2, 2015.  Appellant specifically request these records be certified and put into court appeals records, before case is heard or within two weeks.  These documents are necessary for appeal to heard, justly and fairly, and it is legal to request these records.

Respectfully submitted,

Dated  12/20/2015

Appellant, Diana Fay

Bass   Diana Fay Bass

Dated /2/20/2015

CERTIFICATE OF SERVICE

EFILED 12/20/2015

WITH FIFTH COURT OF APPEALS

DATED 12/20/2016

SIGNED Diana Fay Bass

APPELLANT DIANA FAY BASS